UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

**FILED**
MAY 13 2021
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Cause No. 3:21-cr- 25 -RLY-MPB<br>) |
| CAROLINE M. RICH, | )<br>) |
| Defendant. | )<br>) |

## INFORMATION

18 U.S.C. § 1343
Wire Fraud

The Acting United States Attorney charges that:

Between on or about June 2, 2019 and September 25, 2019, within the Southern District of Indiana, CAROLINE M. RICH, the defendant herein, having devised a scheme to defraud, did knowingly transmit and cause to be transmitted by means of wire communication in interstate commerce, writings, signs, and signals, including, the electronic transfer of $3,872.50 from person J.D. to RICH via PayPal on August 1, 2019.

All of which is in violation of Title 18, United States Code, Section 1343.

JOHN E. CHILDRESS
Acting United States Attorney

*/s/ Matthew B. Miller*
Matthew B. Miller
Assistant United States Attorney

*/s/ Cindy J. Cho*
Cindy J. Cho
Criminal Chief